UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SANCHEZ, | No. 2:16-cv-0599-EFB P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel. If plaintiff wishes to proceed with a civil action, he must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).[1] Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.[2]

---

[1] Plaintiff commenced this action in the United States District Court for the Northern District of California by filing a motion for injunctive relief. ECF No. 1. Although plaintiff did not file a civil complaint, the United States District Court for the Northern District of California, in transferring the action to this court, stated that plaintiff had filed a civil rights action. ECF No. 6.

[2] On March 3, 2016, the United States District Court for the Northern District of California also ordered plaintiff to pay the filing fee or submit a proper application for leave to proceed in forma pauperis within 28 days. ECF No. 2. The action was transferred to this court

1    Accordingly, plaintiff has 30 days from the date of service of this order to submit either
2 the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail
3 to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this
4 order will result in a recommendation that this action be dismissed.
5    So ordered.
6 Dated:  March 24, 2016.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

28   before that deadline expired.