UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendant. | No. 2:16-cv-0599-MCE-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 17, 2016, the court granted his request for leave to proceed in forma pauperis, obligating him to pay the filing fee in full through monthly payments. ECF Nos. 18, 19; 28 U.S.C. § 1915(b)(1). The case was dismissed on September 2, 2016. ECF Nos. 23, 24.

Plaintiff now requests that he be excused from paying the fee in full "because this court case is no longer being litigated." ECF No. 25 at 5. Plaintiff's request is denied because he remains obligated to pay the entire filing fee "in increments." *Williams v. Paramo*, 775 F.3d 1182, 1185 (9th Cir. 2015); *see also* 28 U.S.C. § 1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002) ("Under the PLRA, all prisoners who file IFP civil actions must pay the full amount of the filing fee.").

/////

Accordingly, IT IS ORDERED that plaintiff's May 5, 2021 request (ECF No. 25) is denied.

DATED: May 12, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE