# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | No. 2:16-cv-0599-MCE-EFB P<br><br><br><br>ORDER |

This civil rights action was closed on September 2, 2016 and judgment was duly entered. ECF Nos. 23 & 24. On May 23, 2022, plaintiff filed a request for appointment of counsel. ECF No. 27. The court takes no action on plaintiff's filing as this case is closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: May 25, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE